IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRADLEY JAMES JENKINS,              )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    Civil Action No. 08-245-JJF
                                    )
COMMISSIONER OF SOCIAL              )
SECURITY ADMINISTRATION,            )
                                    )
            Defendant.              )

**ORDER**

At Wilmington this __9__ day of _____May_____, 2008,

the Court having considered the application to proceed without

prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.


_____
United States District Judge